The State v. Ritchie.

*3. PLEADING: right to amend.*

*4. EVIDENCE: error cured by instructions.*

For the errors above pointed out the judgment of the circuit court must be

REVERSED.

---

## THE STATE v. RITCHIE.

1. **Practice on Appeal:** CRIMINAL CASE: NO ARGUMENTS. Where, on the appeal of a criminal case, there is no assignment of error, nor argument, nor appearance for defendant, this court is not required to imagine grounds of error, and go over the case, discussing objections which might be made.

*Appeal from Adams District Court.*

TUESDAY, JUNE 15.

*A. J. Baker, Attorney-general,* for the State.

No appearance for appellant.

BECK, J.—The defendant was indicted and convicted for the larceny of a heifer, the value of which was found by the jury to be thirty dollars, and was sentenced to confinement in the penitentiary for two years. He now appeals to this court. The case has been submitted to us without assignments of error, arguments, or appearance for the defendant. As required by the statute, we have given the case due consideration, and have carefully examined the whole record. We have been unable to find any error in the proceedings. We conclude, therefore, that the defendant was rightly convicted. The evidence sufficiently supports the verdict. The punishment awarded defendant is not excessive. We are not required to imagine grounds of errors, and go over the case, discussing objections which, in our opinion, might be made.

The judgment of the district court is

AFFIRMED.